IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ELETHRIOS SHIZAS,<br><br>                   Plaintiff,<br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>                   Defendant. | CASE NO. 3:13-CV-186<br><br>Magistrate Judge M. Hannah Lauck |

## NOTICE OF WITHDRAWAL OF
## MOTION FOR LEAVE TO FILE SEPARATE
## MOTIONS FOR SUMMARY JUDGMENT

Defendant, NCO Financial Systems, Inc. ("NCO"), by counsel, hereby provides notice of the withdrawal of its motion requesting leave to file separate motions for summary judgment (ECF Docket No. 13) in light of Plaintiff's proposed amended complaint which abandons Plaintiff's FDCPA claim (ECF Docket No. 15).

                                                          Respectfully submitted,

                                                          NCO Financial Systems, Inc.


                                  By:      "/s/"
                                            William D. Bayliss

William D. Bayliss, Esquire (VSB No. 13741)
bbayliss@williamsmullen.com
Brendan D. O'Toole, Esquire (VSB No. 71329)
botoole@williamsmullen.com
Williams, Mullen, Clark & Dobbins, P.C.
200 South 10th Street, 16th floor
Richmond, VA 23219
Telephone: (804) 420-6459
Facsimile: (804) 420-6507
*Of Counsel*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Michael D. Slodov (Ohio SCR #0051678)
*Admitted Pro Hac Vice*
Sessions, Fishman, Nathan & Israel, LLC
15 E. Summit Street
Chagrin Falls, OH 44022-2709
(440) 318-1073
(fax) (216) 359-0049
(email) mslodov@sessions-law.biz

Attorneys for Defendant NCO Financial Systems, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of July, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Janelle Elene Mason
Consumer Litigation Associates PC
(Alex)
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
703-273-7770
Fax: 888-892-3512
Email: janelle@clalegal.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Casey Shannon Nash
Consumer Litgation Associates PC
(Alex)
1800 Diagonal Rd
Suite 600
Alexandria, VA 22314
703-273-7700
Fax: 1-888-892-3512
Email: casey@clalegal.com
ATTORNEY TO BE NOTICED

Matthew James Erausquin
Consumer Litgation Associates PC
(Alex)
1800 Diagonal Rd
Suite 600
Alexandria, VA 22314
703-273-6080
Fax: 888-892-3512
Email: matt@clalegal.com
ATTORNEY TO BE NOTICED

                                             ”/s/”
                                     William D. Bayliss

William D. Bayliss, Esquire (VSB No. 13741)
bbayliss@williamsmullen.com
Brendan D. O'Toole, Esquire (VSB No. 71329)
botoole@williamsmullen.com
Williams, Mullen, Clark & Dobbins, P.C.
200 South 10th Street, 16th floor
Richmond, VA 23219
Telephone: (804) 420-6459
Facsimile:   (804) 420-6507
*Of Counsel*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

22434452_1