# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | | |
|---|---|---|
| ELETHRIOS SHIZAS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 3:13cv186 |
| | : | |
| NCO FINANCIAL SYSTEMS, INC., | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SETTLEMENT

Plaintiff, Elethrios Shizas, hereby notifies this Honorable Court that he has resolved his claims against the Defendant, NCO Financial Systems, Inc., and a dismissal order with respect to this matter will be tendered to the Court for its consideration shortly.

                                                                             Respectfully submitted,
                                                                             **ELETHRIOS SHIZAS,**

                                                                             By:_____/s/_____
                                                                                      Of Counsel

Janelle Mason Mikac, VSB No. 82389
*Counsel for the Plaintiff*
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:    (703) 273-7770
Fax:   (888) 892-3512
Email: janelle@clalegal.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 23rd day of August, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

William D. Bayliss
Williams, Mullen, Clark & Dobbins, P.C.
200 South 10th Street, 16th floor
Richmond, VA 23219
Tel:    (804) 420-6000
Fax:   (804) 420-6507
Email: bbayliss@williamsmullen.com

Michael D. Slodov
Admitted *Pro Hac Vice*
Sessions, Fishman, Nathan & Israel, LLC
15 E. Summit Street
Chagrin Falls, OH 44022-2709
Tel:    (440) 318-1073
Fax:   (216) 359-0049
Email: mslodov@sessions-law.biz

*Attorneys for the Defendant*

                                                     /s/
                                    Janelle Mason Mikac, VSB No. 82389
                                    CONSUMER LITIGATION ASSOCIATES, P.C.
                                    1800 Diagonal Road, Suite 600
                                    Alexandria, VA 22314
                                    Tel:    (703) 273-7770
                                    Fax:   (888) 892-3512
                                    janelle@clalegal.com
                                    *Counsel for the Plaintiff*